UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY BRYANT,

    Petitioner,

v.                              Case No.  3:14cv489/MCR/CJK

CHARLES MAIORANA,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 25, 2014.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petitioner's § 2241 petition (doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of October, 2014.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**